**Velva L. Price**
**Travis County District Clerk**
**Travis County Courthouse Complex**
**P.O. Box 679003**
**Austin, Texas 78767-9003**



January 13, 2015

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GN-10-002325 and Court of Appeals number 03-14-00738-CV, styled, RLJ II-C AUSTIN AIR, LP, RLJ II-C AUSTIN ARI LESSEE, PL; RLJ LODGING FUND II ACQUISITIONS, LLC V ELNESS, SWENSEN, GRAHAM ARCHITECTS, INC., ET ALL was due in your office December of 2014. This office has not received payment for this record as of today. Therefore, I am requesting an extension for filing the clerk's due to unpaid costs . Thank you for your consideration.

If you have any questions, please contact me at (512) 854-5835.

Sincerely,

Trish Winkler
Deputy Court Clerk I
(512) 854-4309